IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| JENNIFER CARNEY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 6:17-CV-359-RP |
| ACE CASH EXPRESS, INC., | § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is Plaintiff Jennifer Carney's ("Carney") Notice of Settlement. (Dkt. 9). Carney represents that she and the defendant have settled all claims and are working on finalizing the settlement. (*Id.*). Carney estimates that settlement finalization will take 60 days and asks the Court to stay this action for as many days. (*Id.*).

Having considered Carney's request and finding good cause to grant it, the Court therefore **ORDERS** that this action is **STAYED** and all pending deadlines and court settings are stayed through April 13, 2018. **IT IS FURTHER ORDERED** that the parties file dismissal documents by April 13, 2018.

**SIGNED** on February 7, 2018.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE